No. 97–5066.  CUNNINGHAM v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM.  C. A. D. C. Cir.  Certiorari denied.

No. 97–5067.  THYMES ET AL. v. METROPOLITAN LIFE ET AL. C. A. 9th Cir.  Certiorari denied.

No. 97–5068.  TIMMONS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 97–5069.  POYNTON v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–5070.  FAZON v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 97–5071.  BLOUNT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–5072.  ROLLER v. GUNN, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES. C. A. 4th Cir.  Certiorari denied.

No. 97–5073.  BRAXTON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–5074.  COOMBS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 97–5075.  BONAT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–5077.  PEABODY v. HOFBAUER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 97–5078.  HUNT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–5079.  GREEN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 97–5080.  HENDERSON v. TANSY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 97–5081.  GARCIA v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.